

# COURT OF APPEALS

SANDEE BRYAN
MARION
CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE CLERK
OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

January 22, 2015

Timothy Patton
Timothy Patton, P.C.
14546 Brook Hollow #279
San Antonio, TX 78232

Patton G. Lochridge
McGinnis, Lochridge & Kilgore, L.L.P.
600 Congress Ave Ste 2100
Austin, TX 78701-2986

Robert Dubose
Alexander Dubose Jefferson
& Townsend LLP
1844 Harvard St
Houston, TX 77008-4342

RE:    Court of Appeals Number:    04-14-00905-CV
       Style:    Escondido Resources II, LLC v. Justaphor Ranch, L.C.

Dear Counsel:

In accordance with chapter 154 of the TEXAS CIVIL PRACTICE AND REMEDIES CODE, we enclose a copy of the Court's Order of Referral of this appeal to our Alternative Dispute Resolution (ADR) program. The date and time of your Mediated Settlement Conference will be set by you.

The responsibilities of the mediator are set forth in Section 154.053 of the TEXAS CIVIL PRACTICE AND REMEDIES CODE. The Court has established a policy requiring the justice responsible for ordering the ADR procedure to temporarily withdraw from the appeal at this juncture. This is done to insure the Court's commitment to the parties, in the event there is no settlement, that the Court will be unaware of the reason. Accordingly, all further communications with the Court from the mediator or attorneys of record shall be directed to the Clerk of the Court.

On behalf of the entire Court, I thank you for your cooperation in this matter.

Very truly yours,

Marialyn Barnard, Justice

cc:    Rachel Anne Ekery
       Wallace Jefferson
       James Patrick Keenan
       Jose M. Rubio Jr.
       J. Robin Lindley